THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISIDORE S. CHIRURG, Appellant, *v.* WILLIAM M. CALDER, as Superintendent of Buildings for the Borough of Brooklyn, City of New York, Respondent.

*People ex rel. Chirurg* v. *Calder*, 75 App. Div. 625, affirmed. (Submitted October 8, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1902, which affirmed an order of Special Term

denying a motion for an alternative writ of mandamus to compel the reinstatement of relator as a clerk in the bureau of buildings of the borough of Brooklyn.

*May & Fragner* for appellant.

*George L. Rives, Corporation Counsel (James McKeen* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.